UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

```
FILED
MAR 14 2017
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY              DEPUTY
```

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>        vs.<br><br>WILLIAM EARL WEBB (1),<br><br>                Defendant. | CASE NO. 16CR2796-BAS<br><br><br>**JUDGMENT OF DISMISSAL** |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___     an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___     the Court has dismissed the case for unnecessary delay; or

_XX_    the Court has granted the motion of the Government for dismissal, without prejudice; or

___     the Court has granted the motion of the defendant for a judgment of acquittal; or

___     a jury has been waived, and the Court has found the defendant not guilty; or

___     the jury has returned its verdict, finding the defendant not guilty;

_XX_    of the offense(s) as charged in the Indictment:

21:952, 960 - IMPORTATION OF COCAINE AND METHAMPHETAMINE

---

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: MARCH 13, 2017

Cynthia Bashant
U.S. District Judge